**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jan 31 2024

ARTHUR JOHNSTON, CLERK

**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL NO. 1:22-cr-120-TBM-BWR-7**

**JESSICA ANYA-DEJONAE RANCIFER**

### ORDER GRANTING MOTION TO DISMISS
### ORIGINAL INDICTMENT AND CASE

BEFORE THE COURT is the Motion [258] of the United States Attorney pursuant to

Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original

Indictment and case in Criminal No. 1:22-cr-120-TBM-BWR-7 against the Defendant, JESSICA

ANYA-DEJONAE RANCIFER, the Defendant having pled guilty and having been sentenced to a

single count Information in Criminal No. 1:23-cr-080-TBM-RPM. The Court finds that the motion

is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED AND ADJUDGED that the original Indictment and case

in Criminal No. 1:22-cr-120-TBM-BWR-7 against the Defendant, JESSICA ANYA-DEJONAE

RANCIFER, is hereby dismissed without prejudice.

THIS, the 31st day of January, 2024.

_____

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE